Magistrate Judge J. Kelley Arnold

FILED ___ LODGED ___
___ RECEIVED
SEP 25 2008
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
          DEPUTY

08-MJ-05204-M

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KATRINA GRAUMAN, <br><br> Defendant. | NO.  MJ08-5204 <br><br> MOTION FOR DETENTION ORDER |

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u> This case is eligible for a detention order because this case involves (check all that apply):

   ___   Crime of violence (18 U.S.C. § 3156)

   ___   Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

   ___   Crime with a maximum sentence of life imprisonment or death

   XX   Drug offense with a maximum sentence of ten years or more

   ___   Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

   ___   Felony offense involving a minor victim other than a crime of violence

MOTION FOR DETENTION
HEARING/GRAUMAN -1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  XX  Felony offense, other than a crime of violence, involving possession or use
2      of a firearm, destructive device (as those terms are defined in 18 U.S.C.
       § 921), or any other dangerous weapon

3  __  Felony offense other than a crime of violence that involves a failure to
4      register as a Sex Offender (18 U.S.C. § 2250)

5  XX  Serious risk the defendant will flee

6  XX  Serious risk of obstruction of justice, including intimidation of a
       prospective witness or juror

7  2.  Reason for Detention.  The Court should detain defendant because there are
8  no conditions of release which will reasonably assure (check one or both):

9  XX  Defendant's appearance as required

10 XX  Safety of any other person and the community

11 3.  Rebuttable Presumption.  The United States will invoke the rebuttable
12 presumption against defendant under § 3142(e). The presumption applies because:

13 __  Probable cause to believe defendant committed offense within five years of
       release following conviction for a "qualifying offense" committed while on
14     pretrial release.

15 XX  Probable cause to believe defendant committed drug offense with a
       maximum sentence of ten years or more

16
17 XX  Probable cause to believe defendant committed a violation of one of the
       following offenses:  18 U.S.C.§§ 924(c), 956 (conspiracy to murder or
       kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)

18
19 __  Probable cause to believe defendant committed an offense involving a
       victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242,
       2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3),
20     2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

21 //
22 //
23 //
24 //
25 //
26 //
27
28

MOTION FOR DETENTION
HEARING/GRAUMAN -2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    4.      Time for Detention Hearing. The United States requests the Court conduct
2 the detention hearing:
3       ___    At the initial appearance
4       XX     After continuance of _3_ days (not more than 3)
5    5.      Other matters.
6    DATED this 25th day of September, 2008.

Respectfully submitted,

JEFFREY C. SULLIVAN
United States Attorney

*/s/ Bruce F. Miyake*

BRUCE F. MIYAKE
Assistant United States Attorney

MOTION FOR DETENTION
HEARING/GRAUMAN -3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970