Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in The U.S.
DISTRICT COURT at Seattle, Washington.

NOVEMBER 25, 20 08

BRUCE RIFKIN,     Clerk

By _____ Deputy

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

UNITED STATES OF AMERICA,               )     NO.     CR08-5671BHS
                                        )
                    Plaintiff,          )
                                        )     FIRST SUPERSEDING INDICTMENT
          v.                            )
                                        )
EZEKIEL HAMPTON, and ,                  )
KATRINA GRAUMAN,                        )
                                        )
                    Defendants.         )
                                        )



08-CR-05671-INDI

The Grand Jury charges that:

### COUNT 1

### (Conspiracy to Engage in Sex Trafficking of a Minor)

Beginning at a time unknown, but during October 2007 and continuing through and including June 24, 2008, at Tacoma, Sea Tac, Lakewood, in the Western District of Washington and elsewhere, EZEKIEL HAMPTON, KATRINA GRAUMAN and others known and unknown to the grand jury, knowingly did conspire and agree with each other, in and affecting interstate commerce, to recruit, entice, harbor, transport, provide, and obtain by any means, juvenile females, who were under the age of 18 years old, knowing that the juvenile females had not yet attained the age of 18 years old and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1) and (b)(2).

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**A. Object of the Conspiracy**

The object of the conspiracy was to make money through the recruitment and exploitation of adult and juvenile females by having them engage in commercial acts of prostitution.

**B. Manner and Means of the Conspiracy**

1.     It was part of the conspiracy that EZEKIEL HAMPTON recruited and solicited, and caused to be recruited and solicited, adult and juvenile females to engage in commercial sex acts and to assist in the distribution of cocaine and crack cocaine.

2.     It was further part of the conspiracy that EZEKIEL HAMPTON instructed, directed, managed, and supervised the prostitution activities of the adult and juvenile female prostitutes which included providing adult and juvenile female prostitutes a residence in which to live, advertising the sexual services of the adult and juvenile female prostitutes on internet sites to include Craigslist, and requiring the adult and juvenile female prostitutes to give him all proceeds and money made from commercial acts of prostitution and the sale of illegal drugs.

3.     It was further part of the conspiracy that EZEKIEL HAMPTON would threaten or assault the adult and juvenile female prostitutes to ensure compliance with his rules.

4.     It was further part of the conspiracy that EZEKIEL HAMPTON exerted control over the adult and juvenile female prostitutes by using them to package the cocaine and cocaine base in the form of crack, deliver the drugs to customers, and provide him with of all of the proceeds from the drug sales.

5.     It was further part of the conspiracy that EZEKIEL HAMPTON would have the adult and juvenile prostitutes store his illegal drugs and guns in their purses.

6.     It was further part of the conspiracy that EZEKIEL HAMPTON used cellular telephones to contact and monitor the activities of the adult and juvenile female sex workers regarding their prostitution activities and drug distribution activities.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**C. Overt Acts in Furtherance of the Conspiracy**

During and in furtherance of the conspiracy, one or more of the conspirators, committed one or more of the following overt acts, among other overt acts:

1.     During the time period between October 1, 2007 through November 30, 2007, HAMPTON transported JF-1 from Washington State to Portland, Oregon, for her to engage in prostitution.

2.     Sometime in December 2007, JF-2 traveled from Tacoma area to the Sea Tac area and met JF-1and EZEKIEL HAMPTON.

3.     Sometime in December 2007, EZEKIEL HAMPTON transported JF-1 and JF-2 to a motel in Sea Tac, Washington.

4.     Sometime during December 2007, at Sea Tac, JF-1 and JF-2 engaged in acts of prostitution.

5.     Sometime during December 2007, JF-1 and JF-2 gave the proceeds from their prostitution activities to EZEKIEL HAMPTON.

6.     Sometime during December 2007, EZEKIEL HAMPTON took digital photographs of JF-2.

7.     Sometime during December 2007, EZEKIEL HAMPTON caused JF-2's photograph to be posted on Craig's List.

8.     Sometime between December 2007 and February 2008, EZEKIEL HAMPTON assaulted JF-1because she used cocaine without his permission.

9.     Sometime during December 2007 and January 2008, EZEKIEL HAMPTON caused JF-1's photograph to be posted on Craig's List.

10.     Some time between December 2007 and January 2008, JF-1 gave EZEKIEL HAMPTON approximately $50.00 she earned from a commercial sexual act.

11.     Sometime between May 1, 2008, through June 20, 2008,  EZEKIEL HAMPTON, JF-1, and another female, traveled from Tacoma to Seattle in order for EZEKIEL HAMPTON to sell drugs

All in violation of Title 18, United States Code, Section 371.

FIRST SUPERSEDING INDICTMENT/HAMPTON - 3
CR08-5671BHS

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1

## COUNT 2

2

### (Interstate Transportation of a Minor in Furtherance of Prostitution)

3    On or about October 1, 2007, and continuing through November 30, 2007, within

4    the Western District of Washington, and elsewhere, EZEKIEL HAMPTON did

5    knowingly transport, and aid and abet the transportation of, a juvenile female, JF-1, who

6    was under the age of 18 years, in interstate commerce, from Washington State to Oregon

7    State, with the intent that JF-1 engage in prostitution.

8    The Grand Jury further alleges that this offense was committed during and in

9    furtherance of the conspiracy charged in Count 1 above

10    All in violation of Title 18, United States Code, Sections 2423(a) and 2.

11

## COUNT 3

12

### (Sex Trafficking of a Child)

13    At a time period between on or about  October 1, 2007, through February 28, 2008,

14    at Sea Tac, Tacoma, and Lakewood, within the Western District of Washington, and

15    elsewhere, EZEKIEL HAMPTON, did, in and affecting interstate commerce, knowingly

16    recruit, entice, harbor, transport, provide, and obtain by any means, a juvenile female,

17    JF-1, with knowledge that JF-1 had not yet attained the age of 18 years old, and would be

18    caused to engage in a commercial sex act.

19    The Grand Jury further alleges that this offense was committed during and in

20    furtherance of the conspiracy charged in Count 1 above,

21    All in violation of Title 18, United States Code, Section 1591(a)(1) and (b)(2).

22

## COUNT 4

23

### (Sex Trafficking of a Child)

24    At a time period between on or about  October 1, 2007, through January 31, 2008,

25    at Sea Tac, Tacoma, and Lakewood, within the Western District of Washington, and

26    elsewhere, EZEKIEL HAMPTON, did, in and affecting interstate commerce, knowingly

27    recruit, entice, harbor, transport, provide, and obtain by any means, a juvenile female,

28

FIRST SUPERSEDING INDICTMENT/HAMPTON - 4
CR08-5671BHS

1   JF-2, with knowledge that JF-2 had not yet attained the age of 18 years old, and would be

2   caused to engage in a commercial sex act.

3   The Grand Jury further alleges that this offense was committed during and in

4   furtherance of the conspiracy charged in Count 1 above,

5   All in violation of Title 18, United States Code, Section 1591(a)(1) and (b)(2).

6   ## COUNT 5

7   **(Conspiracy to distribute cocaine and cocaine base in the form of crack)**

8   Beginning at a time unknown but during September 2007, and continuing until on

9   or about June 24, 2008, EZEKIEL ALON HAMPTON, KATRINA GRAUMAN, and

10  others known and unknown, knowingly and intentionally did conspire to distribute

11  cocaine and cocaine base in the form of crack, both substances controlled under Schedule

12  II of Title 21, United States Code, Section 812.

13  The Grand Jury alleges that this offense involves five (5) grams or more of a

14  mixture or substance containing cocaine base in the form of crack.

15  All in violation of Title 21, United States Code, Sections 841(a)(1) and

16  841(b)(1)(B).

17  ## COUNT 6

18  **(Possession with intent to distribute cocaine)**

19  On or about June 24, 2008, at Tacoma, within the Western District of Washington,

20  EZEKIEL ALON HAMPTON and KATRINA GRAUMAN knowingly and intentionally

21  possessed, and aided and abetted in the possession of, with the intent to distribute,

22  cocaine a substance controlled under Schedule II, Title 21, United States Code, Section

23  812.

24  The Grand Jury further alleges that this offense was done during and in furtherance

25  of the conspiracy charged in Counts 1 and 4 above.

26  All in violation of Title 21, United States Code, Sections 841(a)(1) and

27  841(b)(1)(C).

28

FIRST SUPERSEDING INDICTMENT/HAMPTON - 5
CR08-5671BHS

## COUNT 7

### (Possession with intent to distribute cocaine base in the form of crack)

On or about June 24, 2008, at Tacoma, within the Western District of Washington, EZEKIEL ALON HAMPTON and KATRINA GRAUMAN knowingly and intentionally possessed, and aided and abetted in the possession of, with the intent to distribute, cocaine base in the form of crack, a substance controlled under Schedule II, Title 21, United States Code, Section 812.

The Grand Jury further alleges that this offense was done during and in furtherance of the conspiracy charged in Counts 1 and 4 above.

The Grand Jury further alleges that this offense involved in five (5) grams or more of a mixture or substance of cocaine base in the form of crack.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 8

### (Possession of a Firearm in furtherance of a drug trafficking offense)

On or about June 24, 2008, at Tacoma, within the Western District of Washington, EZEKIEL ALON HAMPTON and KATRINA GRAUMAN, did possess, and aid and abet in the possession of, a firearm, to wit: one Browning .25 caliber semiautomatic handgun, in furtherance of a drug trafficking offense, that is, the conspiracy to distribute cocaine and cocaine base in the form of crack cocaine as charged in Count 4 above.

The Grand Jury further alleges that this offense was done during and in furtherance of the conspiracy charged in Counts 1 and 4 above.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT 9

### (Felon in Possession of a Firearm)

On or about June 24, 2008, at Tacoma, within the Western District of Washington, EZEKIEL ALON HAMPTON, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Assault in the First Degree, in the

FIRST SUPERSEDING INDICTMENT/HAMPTON - 6
CR08-5671BHS

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  King County Superior Court of Washington, cause number 92-1-08027-0 did knowingly

2  possess a firearm that is, one Browning .25 caliber semiautomatic handgun, which has

3  been shipped and transported in interstate commerce.

4       All in violation of Title 18, United States Code, Section 922(g)(1).

6                 A TRUE BILL:

7                 DATED:

8                 *Signature of the Foreperson redacted*
9                 *Pursuant to the policy of the Judicial*
                 *Conference*

10                 FOREPERSON

14  JEFFREY C. SULLIVAN
15  United States Attorney

17  TODD GREENBERG
18  Assistant United States Attorney

20  BRUCE F. MIYAKE
21  Assistant United States Attorney

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970