**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  Ezekiel Hampton                          USAO# 2008R00851

_x_/ MAGISTRATE'S NO. 08-5486         __/ DOCKET NO. (If Superseding Indictment) CR _____

*************************************************************************************************

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  _x_/ yes   __/ no
IF YES:

    __/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

*** __/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____

    _x_/ A DETENTION ORDER HAS BEEN ENTERED.

    *** __/ TEMPORARY DETENTION

    *** _x_/ PERMANENT DETENTION

    __/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
(Date)

__/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    __/ SERVING A FEDERAL SENTENCE AT _____

    __/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____

    __/ PENDING STATE CHARGES AT _____

*************************************************************************************************

III. ARRAIGNMENT

__/ WARRANT TO ISSUE.  (IF SO, PLEASE COMPLETE REVERSE)

__/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
(Date)

    DEFENDANT'S ADDRESS: _____

_x_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
(Date)

    DEFENSE ATTORNEY'S NAME: Tom Cena

    DEFENSE ATTORNEY'S ADDRESS: _____

*************************************************************************************************

IV. CONDITIONS OF RELEASE

__/ NOT PREVIOUSLY SET, SHOULD BE: _____

_x_/ PREVIOUSLY SET, SHOULD BE:

    __/ CONTINUE CONDITIONS OF RELEASE

    _x_/ CONTINUE DETENTION

    __/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

08-CR-05671-STMT

*************************************************************************************************

HAS THE FPD represented any subject or witness in this case?   _x_/ Yes   __/ No

*************************************************************************************************

THE ESTIMATED TRIAL TIME IS 5 TRIAL DAYS.         November 17, 2008
(Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT: Katrina Grauman          USAO# 2008R00851

_x_/ MAGISTRATE'S NO. 08-5486          _/ DOCKET NO. (If Superseding Indictment) CR _____

***********************************************************************************************

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  _x_/ yes  _/ no
IF YES:

    _x_/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

  *** _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____

    _/ A DETENTION ORDER HAS BEEN ENTERED.

    *** _/ TEMPORARY DETENTION

    *** _/ PERMANENT DETENTION

        _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____. (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    _/ SERVING A FEDERAL SENTENCE AT _____.

    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    _/ PENDING STATE CHARGES AT _____.

***********************************************************************************************

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ (Date) CALENDAR.  (DEFENDANT'S ADDRESS REQUIRED.)

    DEFENDANT'S ADDRESS: _____

_x_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ (Date) CALENDAR.

    DEFENSE ATTORNEY'S NAME: Ron Ness

    DEFENSE ATTORNEY'S ADDRESS: _____

***********************************************************************************************

IV. CONDITIONS OF RELEASE

    _/ NOT PREVIOUSLY SET, SHOULD BE: _____ [e.g., P.R.; BAIL (listing conditions); DETENTION]

    _x_/ PREVIOUSLY SET, SHOULD BE:

        _x_/ CONTINUE CONDITIONS OF RELEASE

        _/ CONTINUE DETENTION

        _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

***********************************************************************************************

HAS THE FPD represented any subject or witness in this case?   _x_/ Yes  _/ No

***********************************************************************************************

THE ESTIMATED TRIAL TIME IS 5 TRIAL DAYS.          November 17, 2008
                                                          (Date Form filled out)

(Revised June 2000)