UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HAMPTON, et al.,<br><br>　　　　　Defendants. | CASE NO. CR08-5671BHS<br><br>ORDER |

This matter comes before the Court on Defendant Grauman and the Government's Stipulated Motion to Continue the Pretrial Motion Deadline (Dkt. 42) and Defendant Hampton's Motion to Join Co-Defendant's Motion (Dkt. 43). The Court has considered the pleadings filed in support of the motion and the remainder of the file herein.

Therefore, good cause having been shown, it is hereby

**ORDERED** that the Stipulated Motion to Continue (Dkt. 42) and the Motion to Join (Dkt. 43) are **GRANTED** and the deadline for filing pretrial motion is January 12, 2009.

DATED this 30th day of December, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER