JUDGE: SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. CR08-5671BHS |
| ) | |
| v. ) | DEFENSE SENTENCING |
| ) | MEMORANDUM |
| KATRINA GRAUMAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Comes now Katrina Grauman, by and through her attorney of record Ronald D. Ness and files this sentencing memorandum.

The defense has read the presentence report prepared by Probation Officer, Dan Acker. The defense does not have any objections or corrections to the presentence report at the present time.

The defendant has not only accepted responsibility in this matter, but also has cooperated with the United States Attorney and the FBI in relation to the pending case against Ezekiel Hampton. The defendant originally did not want to cooperate with authorities and was going to take responsibility for the drugs that were found in the hotel room and for the pistol that was located in the residence. The defendant was going to do this because of her misguided belief that she was in love with Ezekiel Hampton and needed to try and protect him. As a matter of fact, the reason the defendant was in possession of those items was because Mr. Hampton gave them to her to hold for

DEFENSE SENTENCING
MEMORANDUM .. 1

him in the belief that if he did not have them on his person he could not be prosecuted for them. Katrina, after some discussions with myself, the United States Attorney and the FBI, eventually decided that the best thing for her was to cooperate truthfully with the authorities and to give the authorities a truthful and complete statement as to her involvement and the involvement of Ezekiel Hampton in these matters. She did this and is currently scheduled to testify in the Ezekiel Hampton trial. For those reasons the United States Attorney has indicated they will file a 5K motion and request that the Court sentence Ms. Grauman to credit for time served with conditions.

The important aspect of this case is what conditions the Court would impose upon Ms. Grauman as part of supervised release. The FBI, through their victim witness advocate, has been attempting to arrange a program for Katrina that would give her the necessary tools to be able to support her-self and be independent. The victim witness individual, Dani Geissinger-Rodarte, has started the process for Katrina to enter into the Fare Start Program in Seattle, Washington. According to information provided to me, the Fare Start Program process begins with orientation every Tuesday at 9:30 at 700 Stewart Street in Seattle, to which Katrina would bring her application, which she has already completed, and additional paperwork which will be completed with the help of Ms. Geissinger-Rodarte and Fare Start staff. The Fare Start staff every Thursday does enrollment and needs assessment where they would review her paperwork packet and enrollment process discuss housing needs, coordinate housing if needed, but may delay start if no immediate housing is available. Ms. Grauman could start on Monday as programs start every Monday. Ms. Geissinger-Rodarte indicated that some housing possibilities for Katrina are Youthcare, YWCA, New

**DEFENSE SENTENCING**
**MEMORANDUM .. 2**

Beginnings, Salvation Army, and Compass Center/Hammond House. These are all places that would have to be arranged through the help of the probation officer. The concern of all the parties in this matter is two-fold. First, that Katrina not spend anymore time in-custody than is absolutely necessary to accomplish the goals as I have indicated and secondly, that even though Katrina is welcome to return home where her mother resides, the parties are concerned that she may be subject to potential intimidation from people who are acquainted with Mr. Hampton, regarding her potential testimony at his trial.

We are requesting that the Court sentence Katrina to time served and allow her to return home with her mother temporarily until the Fare Start Program can be initiated and an alternate housing can be arranged through the probation office.

DATED this 8th day of October, 2009.

/s/ RONALD D. NESS
State Bar Number 5299
Ronald D. Ness & Associates
420 Cline Avenue
Port Orchard, WA 98366
Telephone: (360) 895-2042
Fax: (360) 895-3602
E-Mail: info@nesslaw.com

**DEFENSE SENTENCING**
**MEMORANDUM .. 3**

Law Offices of
RONALD D. NESS & ASSOCIATES
420 Cline Avenue
Port Orchard, WA 98366
(360) 895-2042

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record. I hereby certify that I have served the attorney(s) of record, if any, that are non CM/ECF participants via telefax.

/s/ Sheena L. Ritchie
Legal Assistant
Ronald D. Ness & Associates
420 Cline Avenue
Port Orchard, WA 98366
Phone: (360) 895-2042
Fax: (360) 895-3602
E-mail: info@nesslaw.com

**DEFENSE SENTENCING MEMORANDUM .. 4**

Law Offices of
RONALD D. NESS & ASSOCIATES
420 Cline Avenue
Port Orchard, WA 98366
(360) 895-2042