Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. ~~CR09-05295RBL-001~~ CR08-5671BHS-002 |
| Plaintiff, | ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE |
| v. | |
| KATRINA MARIE GRAUMAN, | |
| Defendant. | |

THIS MATTER coming on before the undersigned Judge of the above-entitled Court on April 19, 2010, for a revocation hearing; defendant being present and being represented by her attorney, Ronald Dean Ness; the government being represented by Matthew H. Thomas, Assistant United States Attorney; the Court having heard from defendant's counsel and the defendant; and from U.S. Probation Officer Jamie Halvorson, and from government counsel; and the Court being fully advised in the premises, now therefore, it is hereby:

ORDERED that the conditions of the defendant's supervised release be MODIFIED, to include the following special condition in addition to all the standard and special conditions previously ordered

1. The defendant shall reside in and satisfactorily participate in a residential reentry center program to include a prerelease component and day reporting program, if determined appropriate by the Program Manager or the U.S. Probation Officer, as a condition of supervision for up to 120 days or until discharged by the Program Manager with the approval of the U.S. Probation Officer. The defendant may be responsible for a 25% gross income subsistence fee. Note the subsistence will be reduced to 10% in the event the defendant is moved to day reporting.

ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE- 1
CR09-5295RBL-001

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

All other terms and conditions of Defendant's Supervised Release shall remain in full force and effect.

It is FURTHER ORDERED that a copy of this Order shall be delivered to counsel for the parties and United States Probation Officer, Jamie Halvorson.

DATED this ۲۲ day of April, 2010.

BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

MATTHEW H. THOMAS
Assistant United States Attorney

Approved electronically as to form:

s/Ronald D. Ness
RONALD D. NESS
Attorney for the defendant

ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE- 2
CR09-5295RBL-001

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800